UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| CHRIS MARTIN,            ) | |
|                          ) | |
|     Plaintiff ) | |
|                          ) | |
| vs.                      ) | Case No.  3:06-cv-00775-IPJ-HGD |
|                          ) | |
| MIKE ADAY, et al.,       ) | |
|                          ) | |
|     Defendants ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 2, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). On July 16, 2007, the court's July 2, 2007, report and recommendation, served upon plaintiff at the address provided by him, was returned by the Postal Service with the notation "Return to Sender, Not Here."

The following notice appears on the original complaint completed and filed by plaintiff:

**NOTICE TO FILING PARTY**

**It is your responsibility to notify the Clerk in writing of any address change. Failure to notify the Clerk may result in dismissal of your case without further notice.**

Plaintiff failed to notify the Clerk of any change in his address.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 15th day of August, 2007.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE